AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| _Rhonda Reed_ | ) | Case No. 26-mj-4166 |
| Defendant | ) | |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _5/18/26_

_____
Defendant's signature

_____
Signature of defendant's attorney

Tom G. Vukmirovits　565137
Printed name and bar number of defendant's attorney

27-29 Mechanic ST #101
Address of defendant's attorney

Tom@vvklaw.bm
E-mail address of defendant's attorney

(508) 795-7191
Telephone number of defendant's attorney

(508) 819-3131
FAX number of defendant's attorney