AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-mj-4166-DHH |
| RHONDA REED | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RHONDA REED                                            ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☑ Complaint
❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   **May 5, 2026**

*Issuing officer's signature*

City and state:   Worcester, Massachusetts

David H. Hennessy, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5/14/24 , and the person was arrested on *(date)*  5/14/24 at *(city and state)*  Clinton, MA . |
| Date:  5/14/24 |
| *Arresting officer's signature* |
| Joshua Mathieu, Detective TFO |
| *Printed name and title* |